IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| JOHN H. MILLER, | : | Case No. 1:24-cv-712 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| OHIO CIVIL RIGHTS COMMISION, | : | |
| Defendant. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS (Doc. 4)**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 4), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, the Court orders the following:

1. Plaintiff's case is **DISMISSED WITH PREJUDICE**;

2. Plaintiff **IS DECLARED** a vexatious litigant subject to prefiling restrictions;

3. Plaintiff **IS BARRED** from filing any additional lawsuits relating to his termination from Pinacore (or "Pinnacore") and/or that concern George Hudson, Erin Gordon, the Ohio Civil Rights Commission's "right to sue" letter, or investigation of his termination;

4. Plaintiff **IS REQUIRED** to include a copy of this Order and the Report and Recommendation (Doc. 4) with any future complaint that he either tenders for filing (if seeking to file *in forma pauperis*) or that he files in this Court after paying the requisite filing fee;

5. Plaintiff **IS WARNED** that a violation of this Court's Order in this case is likely to result in additional pre-filing sanctions; and

6. This Court **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a), that for the foregoing reasons, an appeal of this Order would not be taken in good faith and therefore **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND