# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

**John H. Miller,**

    **Plaintiff,**

**-vs-**                                                                                               **Case No.  1:24-cv-712**

**Ohio Civil Rights Commision,**

    **Defendant.**

_____

## JUDGMENT IN A CIVIL CASE

**[ ]**     **Jury Verdict.**     This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[ X ]**     **Decision by Court.**     This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. [4]) - The Court hereby ADOPTS said Report and Recommendation in its entirety. Accordingly, the Court orders the following: (1) Plaintiff's case is DISMISSED WITH PREJUDICE; (2) Plaintiff IS DECLARED a vexatious litigant subject to prefiling restrictions; (3) Plaintiff IS BARRED from filing any additional lawsuits relating to his termination from Pinacore (or "Pinnacore") and/or that concern George Hudson/Erin Gordon, the Ohio Civil Rights Commission's "right to sue" letter, or investigation of his termination; (4) Plaintiff IS REQUIRED to include a copy of this Order and the Report and Recommendation (Doc. [4]) with any future complaint that he either tenders for filing or that he files in this Court after paying the requisite filing fee; (5) Plaintiff IS WARNED that a violation of this Court's Order in this case is likely to result in additional pre-filing sanctions; and (6) This Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a), that for the foregoing reasons, an appeal of this Order would not be taken in good faith and therefore DENIES Plaintiff leave to appeal in forma pauperis. IT IS SO ORDERED.

Date:  January 28, 2025                                                  Richard W. Nagel, CLERK

                                                                                    By: s/ K. Heuer_____

                                                                                         Deputy Clerk